Yanofchick, Appellant, v. Yanofchick.

Argued December 17, 1936.

548

Before KELLER, P. J., CUNNINGHAM, BALD-
RIGE, STADTFELD, PARKER and JAMES, JJ.

*P. B. Roads,* for appellant.

*P. H. Burke,* with him *M. M. Burke,* for appellee.

PER CURIAM, January 29, 1937:

The court below sustained respondent's exceptions to
the master's report, recommending a divorce in favor
of the libellant, and dismissed the libel.

The ground for divorce set up in the libel was wilful
and malicious desertion.

The court found (1) that the respondent had reason-
able and sufficient cause for leaving the libellant and,
hence, her going away was not wilful and malicious
and did not constitute 'desertion' within the intendment
of the Divorce Law of 1929, P. L. 1237, section 10(d);
and (2) that within two years after respondent left
libellant she offered in good faith to return and live
with him and he refused to take her back.

Either of these findings, if supported by the evidence,
would require the dismissal of the libel. A careful
consideration of the evidence leads us to agree with
the court below on both findings.

The decree is affirmed at the costs of the libellant.